### Middlecott ag<sup>t</sup> Scotto etc.

Richard Middlecott as hee is Attourny to W<sup>m</sup> Adams Adm<sup>r</sup> to the Estate of In° Sheppard dec<sup>d</sup> in the right of Elisabeth Adams Executrix to the last will and Testam<sup>t</sup> of him the s<sup>d</sup> In° Sheppard plaint. ag<sup>t</sup> In° Scotto and In° Endicot Exec<sup>rs</sup> to the last will & testam<sup>t</sup> of andrew Sheppard dec<sup>d</sup> Def<sup>ts</sup> in an action of the case for witholding an Estate amounting to the Summe of three hundred Forty nine pounds Eight Shillings [ **451** ] and eleven pence given and bequeathed unto her the s<sup>d</sup> Elisabeth Executrix by him the s<sup>d</sup> John Sheppard dec<sup>d</sup> in his last will and Testam<sup>t</sup> which Estate afores<sup>d</sup> was given him by his Brother Andrew Sheppard dec<sup>d</sup> as per his last will and Testam<sup>t</sup> may appeare with other due damages according to attachm<sup>t</sup> dat<sup>d</sup> Iuly. 23° 1677. . . . The Iury brought in a Speciall verdict. i. e. If the Law bee that where there is an Executrix appointed to an Estate that another may take out Administracion in her right wee finde for the plaint: that the Def<sup>ts</sup> doe deliver up the whole Estate of Andrew Sheppard of Boston lately dec<sup>d</sup> that is or may bee received by them before the time hereafter limited debts Legacies and charges being deducted unto the plaint. at or before the first day of Decemb<sup>r</sup> next or three hundred Forty nine pounds eight Shillings eleven pence mony & costs of Court: But if the law bee otherwise wee finde for the

Def$^{ts}$ costs of Court. The Magistrates on perusall of this verdict finde for the plaint: The Defend$^{ts}$ appeal$^d$ from this Iudgem$^t$ unto the next Court of Assistants and themselves principalls in £.400. and Nathan[11] Williams and W$^m$ Coleman Sureties in £.200. apeice acknowledged themselves respectiuely bound . . . on condition the s$^d$ John Scotto and Jn$^o$ Endicot should prosecute theire appeale . . .

[Another claimant to the Shepard property; cf. Alford v. Endicott, above, p. 726. The following portion of Middlecott's Answer to Scottow's Reasons of Appeal (S. F. 1657.3) refers to the title "Jurors" in the General Laws and Liberties of 1672:

1. Answer, whereas the Appealants is pleased to tax the Jury with Error, but if they please well to Consider they will find themselves to Erre by a Misunderstanding the Law they pretend So much to make for them, for the Honoured Law Makers have given their Sence fully in Each Sect: which is Cited for the End intended which makes not for the Appealants purpose nor will it bear their Strained Paraphrase or far-fetch Construction, for the Law Saith Sect. 3. that in all Cases wherein the Law is obscure So as the Jury cannot be Sattisfyed therein, they have liberty to present a Special Verdict &c. it doth not Say provided they doe first ask advice of any Man in open Court, but if the Jury be not Satisfyed they have Such a Liberty.

2. As to the Law in Sect. 5 it doth not absolutely require or Compel but onely gives a liberty (in Case of Conscience or Such like) to any Jury if they See cause to aske advice of any man in open Court as aforesd then there is no Error in the Jury in not So advising as the Appealants infer.

The Court of Assistants (Records, i. 96) confirmed the former judgment.]